THE ENGINEER COMPANY, Respondent, *v.* HERRING-HALL-MARVIN SAFE COMPANY, Appellant.

Reported below, 158 App. Div. 913.
(Submitted April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 29, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action on contract.

The motion was made upon the ground that the exceptions were frivolous.

*James W. Monk* for motion.

*John A. Garver* opposed.

Motion denied, with ten dollars costs.

---

JOHN F. FAIRCHILD et al., Respondents, *v.* THE CITY AND COUNTY CONTRACT COMPANY, Appellant.

Reported below, 158 App. Div. 166.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1913, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover for an alleged breach of contract.

The motion was made upon the ground that the Appellate Division having unanimously decided that the verdict was supported by the evidence, the case presented no question of law for review.

*Arthur M. Johnson* for motion.

*Ralph Polk Buell* opposed.

Motion denied, with ten dollars costs.